[No. 9434–3–I.  Division One.  June 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK
DAVID LEHN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–01197–5, Gerard M. Shellan, J., entered September 29, 1980. *Dismissed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Callow, J.

[No. 10944–8–I.  Division One.  June 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v.
HYUN BAE KIM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–03793–7, Gary M. Little, J., entered January 15, 1981. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and James, J.

[No. 5316–1–II.  Division Two.  June 28, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. JAMES
M. MCCLINTOCK, *Respondent.*

Appeal from a judgment of the Superior Court for Pacific County, No. C–2288, Herbert E. Wieland, J., entered January 27, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.